# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN KARIMI,<br><br>    Plaintiff(s),<br><br>v.<br><br>POKER MEDIA SYSTEM SAS,<br><br>    Defendant(s). | 2:13-CV-1250 JCM (NJK) |

### ORDER

Presently before the court is *pro se* plaintiff Adrian Karimi's motion for reconsideration (doc. #21) of this court's order denying default judgment (doc. #20).

Reconsideration is appropriate when: "(1) the district court is presented with newly discovered evidence; (2) the district court committed clear error or the initial decision was manifestly unjust; or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

In the underlying order, the court denied Karimi's motion for default judgment due to Karimi's failure to show that defendant, a French company, had been properly served. Karimi attempted to serve defendant by certified mail. Karimi provided tracking information and a mailing receipt in order to demonstrate that service had been accomplished. However, Karimi failed to produce evidence indicating that defendant or its authorized representative received the shipment. Thus, the court was unable to determine whether or not an acceptable party had signed for the package as required the Hague Convention on Service Abroad.

**James C. Mahan**
**U.S. District Judge**

In the instant motion, Karimi discusses the information contained in the mailing receipt and specifically indicates that Kaza Avocats, defendant's authorized representative, received and signed for the process. Upon reviewing a copy of the receipt, the court finds that the shipment was signed for by its intended recipient, as Karimi claims. (Doc. #21, p. 15). Therefore, this court is satisfied that defendant Poker Media Systems SAS has been properly served in accordance with the Hague Convention on Service Abroad and French law.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for reconsideration (doc. #21) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that this court's previous order denying default judgment (doc. #20) be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (doc. #19) be, and the same hereby is, GRANTED. The clerk shall enter judgment accordingly and close the case.

DATED July 9, 2014.

_____
UNITED STATES DISTRICT JUDGE